UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Action No. 06-773 (FSH) |
| DINESH DALMIA, ASHISH PAUL, and WILLIAM DOWLING, | : **ORDER UNSEALING INDICTMENT** |
| Defendants. | : |

It appearing that on September 25, 2006, Magistrate Judge Mark Falk ordered the Indictment and related documents submitted in this matter were to be filed under seal until the arrest of one or more of the defendants; and it further appearing that arrests of two of the defendants were effected on September 29, 2006 and October 5, 2006; and it appearing therefore that there is no further need to maintain the Indictment under seal,

**IT IS** on this 18th day of June, 2008,

**ORDERED** that Indictment No. 06-773 (FSH) shall be unsealed on the record.

/s/ Faith S. Hochberg
United States District Judge